UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21888-CIV-WILLIAMS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**FOOT SOLUTIONS BOCA RATON CO.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: September 29, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah*  | By   *s/ Pelayo M. Duran*  |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Jonathan H. Kaskel, Esq.
Leandra L. Lopez, Esq.
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, FL  33134
(305) 537-0009
Jonathan.kaskel@dentons.com
Leandra.lopez@dentons.com

*Attorneys for Defendant*
*FOOT SOLUTIONS BOCA RATON CO.*

                                          *s/ Roderick V. Hannah*
                                          RODERICK V. HANNAH
                                          Fla. Bar No. 435384